IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMOTEC TECHNOLOGY SOLUTIONS, LLC, d/b/a AMOTEC STAFFING, GABRIELA PENA and CARMINE G. IZZO,<br><br>Plaintiffs,<br><br>v.<br><br>SMALL BUSINESS TERM LOANS, INC., d/b/a BFS CAPITAL, and BUSINESS FINANCIAL SERVICES, INC.,<br><br>Defendants. | CASE NO. 5:16-cv-00022-FL<br><br>**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL** |

**WHEREAS** plaintiffs AMOTEC TECHNOLOGY SOLUTIONS, LLC, d/b/a AMOTEC STAFFING, GABRIELA PENA and CARMINE G. IZZO (collectively, "**Plaintiffs**") filed a complaint on January 13, 2016 against Defendants SMALL BUSINESS TERM LOANS, INC., d/b/a BFS CAPITAL, and BUSINESS FINANCIAL SERVICES, INC. (collectively, "**Defendants**"), challenging the arbitration clause and the delegation provision contained in a Secured Promissory Note between Plaintiff Amotec Technology Solutions, LLC and Defendant Business Financial Services, Inc., and

**WHEREAS**, Plaintiffs and Defendants (collectively, "**Parties**") have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

**WHEREAS**, none of the parties to the above-captioned action is an infant or incompetent person; and

**WHEREAS**, the Parties wish to discontinue the litigation;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel, as follows:

1. The Parties hereby agree that the above-captioned action is dismissed and discontinued with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure in accordance with the terms of their Settlement Agreement.

2. Each of the Parties shall bear its own attorney's fees and costs in this action.

Respectfully submitted, this 4th day of May, 2016.

| AMOTEC TECHNOLOGY SOLUTIONS, LLC, d/b/a AMOTEC STAFFING, GABRIELA PENA and CARMINE G. IZZO | SMALL BUSINESS TERM LOANS, INC., d/b/a BFS CAPITAL, and BUSINESS FINANCIAL SERVICES, INC. |
|---|---|
| By:    /s/ Suzanne Iazzetta   <br>Suzanne Iazzetta, Esq.<br>N.C. Bar No. 45680<br>Of Counsel<br>Law Offices of Michael Lupolover, P.C.<br>120 Sylvan Avenue, Suite 300<br>Englewood Cliffs, NJ  07632<br>si@lupoverlaw.com<br>*Counsel for Plaintiffs Amotec Technology Solutions, LLC, d/b/a Amotec Staffing, Gabriela Pena and Carmine G. Izzo* | By:___/s/ Douglas M Mansfield_____<br>Douglas M. Mansfield, Esq.<br>Ohio Bar No. 0063443<br>Lape Mansfield Nakasian & Gibson, LLC<br>9980 Brewster Lane, Suite 150<br>Powell, OH  43065<br><br>*Counsel for Defendants Small Business Term Loans, Inc., d/b/a BFS Capital, and Business Financial Services, Inc.*<br><br>/s/ Thomas A. Gray<br>Thomas A. Gray<br>Of Smith Debnam Narron Drake Saintsing & Myers, LLP<br>NC State Bar No. 32178<br>PO Box 26268<br>Raleigh, NC 27611<br>tgray@smithdebnamlaw.com<br><br>*Local Civil Rule 83.1 Counsel for Defendants Small Business Term Loans, Inc., d/b/a BFS Capital, and Business Financial Services, Inc.* |

**SO ORDERED** this 17th day of May, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge